IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| GREGORY D. WATERS, et al., ) <br> ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> BAYER CORPORATION, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 2:01cv1280-MHT <br> (WO) |

### JUDGMENT

As to the claims brought by plaintiff Gwendolyn Brown, it is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to the joint stipulation for dismissal (doc. no. 60), this cause is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 16th day of May, 2006.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE