IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY D. WATERS, et al.,  )
                            )
    Plaintiffs,              )
                            )
    5.                      )    CIVIL ACTION NO.
                            )    2:01cv1280-MHT
BAYER CORPORATION,          )         (WO)
                            )
    Defendant.              )
```

## JUDGMENT

As to plaintiff Belinda Jill Chavers's claims, it is the ORDER, JUDGMENT, and DECREE of the court that, pursuant to the joint stipulation for dismissal (doc. no. 61), this litigation is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 17th day of May, 2006.

```
              /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE
```